O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN D. DARBY,<br><br>              Plaintiff,<br><br>              v.<br><br>LOS ANGELES COUNTY SHERIFF DEPT., et al.,<br><br>              Defendants. | Case No. 2:16-cv-08711-CAS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 42). Plaintiff did not file any timely written objection to the report.

IT IS HEREBY ORDERED that:

1.      The Report and Recommendation is approved and accepted; and

2.      Judgment shall be entered dismissing this case without prejudice.

Dated:  December 17, 2018

_____
CHRISTINA A. SNYDER
United States District Judge