JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DESHAWN D. DARBY,<br><br>        Plaintiff,<br><br>        v.<br><br>LOS ANGELES COUNTY SHERIFF DEPT., et al.,<br><br>        Defendants. | Case No. 2:16-cv-08711-CAS (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.


Dated:  December 17, 2018

CHRISTINA A. SNYDER
United States District Judge